U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 SEP 22 A 10: 18

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                        Case No. 05-fp-291

Emilio Encarnacion

### O R D E R

The Clerk's office advises that Encarnacion has filed a new case - essentially a writ of <u>audita</u> <u>querela</u> and the <u>in forma pauperis</u> motion was docketed in the wrong case. The order of September 20, 2005 in 96-cr-108-01-JD is vacated. The <u>in forma pauperis</u> motion in 1:05-fp-291 is granted.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: September 22, 2005

cc:  Emilio Encarnacion, *pro se*

Encarnacion v. USA                                                                                   Doc. 7