```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Emilio Encarnacion

    v.                              Case No. 05-cv-291-JD

United States of America

NOTICE OF RULING

Re: Document No. 19, Letter/Motion to Extend Time to Submit Exhibit Designation

    Ruling: Denied.  The matter is now before the Court of Appeals.  Therefore any request relating to exhibits is properly addressed to that court.  This court does not have authority to exercise control over the Court of Appeals docket.

Date: April 20, 2006

cc: Emilio Encarnacion, pro se
    Peter E. Papps, Esquire